IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK K. ANCRUM,

    Petitioner,                    No. CIV S-11-2951 GGH P

  vs.

GARY SWARTHOUT,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        The application attacks a conviction issued by the San Diego County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Diego County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

        1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

1

1      2. This matter is transferred to the United States District Court for the Southern
2  District of California.
3  DATED: November 15, 2011
4
5                                  /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE
6
7  GGH:md
   ancr2951.108

2